RECEIVED
U.S. MARSHALS SERVICE
AUG 08 2008

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF District of Rhode Island

UNITED STATES OF AMERICA

V.

FRANCISCO ORTIZ-MERCED

## WARRANT FOR ARREST

CASE NUMBER: 1:08MJ120M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest FRANCISCO ORTIZ-MERCED
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiring to Distribute 500 grams or more of a mixture and substance containing a detectable amoutn of cocaine

in violation of Title 21 United States Code, Section(s) 841(a),(b)(1)(B), and 846

David L Martin
Name of Issuing Officer
DAVID L. MARTIN
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer
8-8-08 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ACI on Writ, returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08/08/08 | CJ Wyant SDUSM | Chad Wycot |
| DATE OF ARREST 08/13/08 | | |

This form was electronically produced by Elite Federal Forms, Inc.