# *UNITED STATES DISTRICT COURT*
*for the*
***District of Rhode Island***

*Case No. 1:08MJ120M*

*To:* *WARDEN*
*ACI*
*CRANSTON, RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **FRANCISCO J. ORTIZ-MERCED**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:30 o'clock a.m.**, on the 15th day of **August, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
I did bring before the court
the within named defendant,
on the date and time ordered.

Deputy U.S. Marshal

INITIAL APPEARANCE

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: August 12, 2008.

David A. DiMarzio, Clerk

*by ___/S/Jeannine Noel_____________*
***Jeannine Noel - Deputy Clerk***