**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| **Vs.** | **)** | **Cr. No. 08-82-02S** |
| **FRANCISCO ORTIZ-MERCED** | **)** | |

**ENTRY OF APPEARANCE**

Now comes attorney Scott A. Lutes and hereby enters his appearance as counsel for Francisco Ortiz-Merced in the above-entitled matter.

/s/ Scott A. Lutes________

Scott A. Lutes, Esquire
R.I. Bar No. 3502
One Turks Head Place, Suite 1440
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 861-1141

**CERTIFICATION**

I hereby certify that I caused to be served a true and accurate copy of the within Entry of Appearance to all counsel of record by means of the CM/ECF filing system, on this the 8th day of September, 2008.

/s/ Scott A. Lutes__________