# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR 08-82-02S***

***To: ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **FRANCISCO ORTIZ-MERCED**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:30 o'clock p.m.**, on the 9th day of **September, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the said defendant, on the date and time ordered.

Deputy U.S. Marshal

Arraignment

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: September 5, 2008.

David A. DiMarzio, Clerk

***By*** ______________
***Martha Saucier - Deputy Clerk***